EUGENE A. PERKINS, Respondent, *v.* GUARANTY TRUST COMPANY OF NEW YORK, Defendant, and IDONAH S. PERKINS, Appellant.

Reargued October 22, 1937; decided November 23, 1937.

*George A. Ferris* and *Bartholomew A. Moynahan* for appellant.

*Martin Taylor, Henry A. Stickney* and *M. W. Belcher, Jr.,* for respondent.

Remittitur amended to read as follows: Judgment of Appellate Division and that of Special Term dismissing

third counterclaim affirmed, without costs. Otherwise, judgment of Appellate Division and that of Special Term reversed and judgment directed for the defendant-appellant in accordance with the opinion herein (274 N. Y. 250), with costs in all courts. No opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: LEHMAN, J.